# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2007

131653(47)(52)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

BARBARA GEARY,
      Plaintiff-Appellee,

v

C & K MUFFLERS, INC., d/b/a MAXI
MUFFLER and CHARLES L. FINNEY,
      Defendants-Appellees,

and

SECURA INSURANCE COMPANY,
      Garnishee Defendant-Appellant,

and

RINELLE SIMPSON and KRISTY J. FINNEY,
      Defendants.
_____/

SC: 131653
COA: 267105
Kalamazoo CC: 02-000639-NI

On order of the Court, the motion for immediate consideration is GRANTED. The motion for reconsideration of this Court's November 29, 2006 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2007

Clerk

p0220